Ronald Lee CLARK,
Petitioner/Respondent,

v.

Wanda Mariane CLARK,
Respondent/Appellant.

No. 67369.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 19, 1995.

Jeffrey P. Dix, Jackson, for appellant.

John D. Harding, Limbaugh, Russell, Payne & Howard, Cape Girardeau, for respondent.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

*ORDER*

PER CURIAM.

Mother appeals from the trial court's order of modification of the child support provisions of the dissolution decree. We affirm. The findings and conclusions of the trial court are not clearly erroneous; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons

for this order affirming the judgment pursuant to Rule 84.16(b).

Donald R. PALMER, Plaintiff,

v.

Colin C. CAMPBELL, Ann Sue
Campbell, and Larry S.
Phillips, Defendants.

No. 67805.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 19, 1995.

Mark A. Bayles, St. Louis, for appellant.

Kirby A. Palmer, Clayton, for respondents.

Before PUDLOWSKI, Acting P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

In this non-jury matter, the trial court granted plaintiff a judgment against three defendants. Only defendant Larry Phillips appeals.

No error of law appears. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).